LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANDREW VANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW VANG,<br><br>    Defendant. | Case No.: 2:22-cr-0213 KJM<br><br><br>STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELEASE<br><br><br>Court:    Hon. Allison Claire |

    The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Veronica M. A. Alegría and Defendant Andrew Vang by and through his attorney Todd D. Leras, request that the Court issue an order granting Mr. Vang a temporary release from the Butte County Jail on Saturday, April 29, 2023, from 6:00 a.m. to 6:00 p.m., to attend funeral services for his stepmother, Sai Her.  The period of the temporary release is required to allow roundtrip travel from Oroville to Fresno.

ORDER FOR TEMPORARY RELEASE

Sai Her was the common law wife of Mr. Vang's father. He considered her to be his stepmother. Sai Her's death represents a significant loss to Mr. Vang. Sai Her died on March 29, 2023. A funeral service and family gathering for Sai Her at Sunnyside Hall, 5707 East Balch Avenue, Fresno, California, at 9:30 a.m. on April 29, 2023.

Andrew Vang is charged with Conspiracy to Engage in Interstate Transportation of Stolen Property (Catalytic Converters) and to Conspiracy to Commit Money Laundering. He is being held in pre-trial detention at the Butte County Jail in Oroville, California. His matter is scheduled for Status Conference on August 28, 2023, before Chief United States District Judge Kimberly J. Mueller.

The parties stipulate and agree that Andrew Vang be temporarily released from the Butte County Jail to the custody of Investigator Fred Scoville on April 29, 2023, from 6:00 a.m. to 6:00 p.m. Investigator Scoville will serve as Third Party Custodian of Mr. Vang during the temporary release. Mr. Vang's activity will be limited to traveling with Investigator Scoville from the Butte County Jail to Sai Her's funeral service and family gathering. Investigator Scoville will escort Mr. Vang to the funeral ceremony/family gathering and remain with him until his return to the Butte County Jail. Investigator Scoville will ensure that there is no contact or interaction between Andrew Vang's Co-Defendants Tou Sue Vang and Monica Moua during the funeral/family gathering.

Assistant U.S. Attorney Veronica Alegría has reviewed this proposed order and authorized Todd D. Leras via email to sign it on her behalf.

DATED:  April 26, 2023

By    */s/ Todd D. Leras for*
      VERONICA M.A. ALEGRÍA
      Assistant United States Attorney

ORDER FOR TEMPORARY RELEASE

DATED:  April 21, 2023                    By       */s/ Todd D. Leras*
                                                                                                                        TODD D. LERAS
                                                                                                                        Attorney for Defendant
                                                                                                                        ANDREW VANG

ORDER FOR TEMPORARY RELEASE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. Andrew Vang (ID Number 183227) shall be released from the Butte County Jail on a "Temporary Out" on April 29, 2023, at 6:00 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to function as third-party custodian.

2. Upon temporary release, Andrew Vang shall remain with the third-party custodian while traveling from the Butte County Jail to Sai Her's funeral ceremony and family gathering at Sunnyside Hall, 5707 East Balch Avenue, Fresno, California. Investigator Scoville shall remain with Andrew Vang during the funeral service and family gathering for Sai Her.

3. Investigator Scoville shall ensure that there is no interaction or conversation between Andrew Vang and Tou Sue Vang or Monica Moua.

4. Investigator Scoville shall return Andrew Vang to the Butte County Jail by 6:00 p.m. on Saturday, April 29, 2023.

IT IS SO ORDERED.

DATED: April 26, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER FOR TEMPORARY RELEASE